■ In the Matter of JOHN J. SEFFERN.—Motion granted only to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.